FILED
CHARLOTTE, NC

FEB 22 2018

US DISTRICT COURT
WESTERN DISTRICT OF NC

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO.: 3:18CR64-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) **ORDER TO UNSEAL INDICTMENT** |
| | ) |
| ANTAVIUS TOBIAS WHITE | ) |
| | ) |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Indictment numbered above and Arrest Warrant be unsealed,

IT IS HEREBY ORDERED that the Bill of Indictment and Arrest Warrant be unsealed.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 22nd day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE