IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-CR-00064-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTAVIUS TOBIAS WHITE | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion, (Doc. No. 34), to reconsider the denial without prejudice of his motion for compassionate release, (Doc. No. 33: Order), which he claims follows his request for relief from the warden of his institution.

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the motions within fourteen (14) days of the entry of this Order.

Signed: July 15, 2020

Robert J. Conrad, Jr.
United States District Judge